Case 2:13-cv-00727-NVW   Document 9   Filed 05/06/13   Page 1 of 2

FILED ___ LODGED
___ RECEIVED ___ COPY

MAY 0 6 2013

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

CV-13-00727-PHX-NVW

The United States District Court
for the District of Arizona.

Re: Case number: 2:13-CV-00727-NVW

My name is Solida Kim. I'm having the internet with CenturyLink - Low-income program.

I was informed by CenturyLink that I was sued by the law firm Israel & Gerity PLLC, for the alleging of illegal downloaded the movie — which I did not know nothing about it.

The internet that I'm having was installed by using wireless modem router; and it could be some one else in the areas pick up the signal and downloaded the movie as alleged by the law firm.

Therefore, I have objections to this matter, the subpoena.

Thank you.

The Subpoena case # 2:13-CV-00727-NVW

Solida Kim
2063 W. Gold Dust Ave,
Queen Creek, AZ 85142

RECEIVED
MAY 06 2013
CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

9500321243D

The United States District Court
for the District of Arizona
401 W. Washington St #130
Phoenix, AZ 85003

PHOENIX AZ 850
03 MAY 2013 PM 10 L

Freedom
FOREVER
USA